SANDRA A. CRAWSHAW-SPARKS (SBN 291101)
scrawshaw@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   (310) 284-4525
Facsimile:   (310) 284-2193

JEFFREY H. WARSHAFSKY (admitted *pro hac vice*)
jwarshafsky@proskauer.com
Q. JENNIFER YANG (admitted *pro hac vice*)
jyang@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900

Attorneys for Defendants,
MADONNA LOUISE CICCONE, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTEN LIPELES, et al., | Case No. 2:24-cv-04896-MWC-SSC |
| Plaintiffs, | |
| vs. | **NOTICE OF MANUAL FILING OR LODGING** |
| MADONNA LOUISE CICCONE, et al., | Date: August 1, 2025 |
| Defendants. | Time: 1:30 p.m. |
| | Judge: Hon. Michelle Williams Court |
| | Courtroom: 6A |

| | |
|---|---|
| 1 | **NOTICE OF MANUAL FILING OR LODGING** |
| 2 | Pursuant to Rule 4 of the Court's Standing Order Regarding Newly Assigned |
| 3 | Cases concerning the filing of non-paper physical exhibits, enclosed herein please |
| 4 | find a USB drive containing a copy of the video file in Exhibit 3 to the Declaration of |
| 5 | Q. Jennifer Yang in support of Defendants' Motion to Dismiss Plaintiffs' Fourth |
| 6 | Amended Complaint or, in the Alternative, to Strike the Class Allegations. The |
| 7 | password to access the USB is: **7ZnlGPPUgkw5xgq**. |

Dated: June 20, 2025

**PROSKAUER ROSE LLP**
SANDRA A. CRAWSHAW-SPARKS
ALYSON C. TOCICKI

JEFFREY H. WARSHAFSKY
(admitted *pro hac vice*)
Q. JENNIFER YANG
(admitted *pro hac vice*)

By:  */s/ Sandra A. Crawshaw-Sparks*
          Sandra A. Crawshaw-Sparks

Attorneys for Defendants
MADONNA LOUISE CICCONE, et al.