# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-04896-MWC-SSC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: June 10, 2024

Date of judgment or order you are appealing: July 28, 2025

Docket entry number of judgment or order you are appealing: 66

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Justen Lipeles, Kevin Gamon, Claudia Benitez, Edward Hakobjanyan, Marcela Veronica Najera

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** [signature]     **Date** August 13, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                        Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Justen Lipeles, Kevin Gamon, Claudia Benitez, Edward Hakobjanyan, Marcela Najera

Name(s) of counsel (if any):

> Lipeles Law Group, APC
> Kevin A. Lipeles (California Bar No. 244275)
> Thomas H. Schelly (California Bar No. 217285)

Address: 880 Apollo Street, Suite 336, El Segundo, CA 90245

Telephone number(s): 310-322-2211

Email(s): kevin@kallw.com, thomas@kallaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Madonna Louise Ciccone; Forum Entertainment, LLC dba Kia Forum; Live Nation Worldwide, Inc.; Live Nation MTours (USA); SoCal Arena Company, LLC dba Acrisure Arena; Sacramento Downtown Arena dba Golden1 Center

Name(s) of counsel (if any):

> Proskauer Rose, LLP
> Sandra A. Crawshaw-Sparks (California Bar No. 291101)
> Alyson C. Tocicki (California Bar No. 336179)

Address: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067

Telephone number(s): 310-284-4525

Email(s): scrawshaw@proskauer.com; atocicki@proskauer.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                   1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Julian B. Bellenghi (California Bar No. 129942)
Lipeles Law Group, APC

Address: 880 Apollo Street, Suite 336, El Segundo, CA 90245

Telephone number(s): 310-322-2211

Email(s): julian@kallaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
GSW Arena, LLC dba Chase Center

Name(s) of counsel (if any):
Proskauer Rose
Jeffrey H. Warshafsky (pro haec vice); Q. Jennifer Wang (pro haec vice)

Address: Eleven Times Square, New York, NY 10036

Telephone number(s): 212-969-3000

Email(s): jwarshafsky@proskauer.com; jwang@proskauer.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                              2                          New 12/01/2018

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is Lipeles Law Group APC, 880 Apollo Street, Suite 336, El Segundo, CA 90245. My electronic service address is LindaB@kallaw.com. On the date below, I served the foregoing document(s) described as:

Form 1. Notice of Appeal from a Judgment or Order of a United States District Court; Form 6. Representation Statement

By sending a true copy thereof to the address listed below:

| | |
|---|---|
| Sandra A. Crawshaw-Sparks, Esq.<br>Alyson C. Tocicki, Esq.<br>Proskauer Rose LLP<br>2049 Century Park East Suite 2400<br>Los Angeles, CA 90067<br>310-557-2193<br>scrawshaw@proskauer.com<br>atocicki@proskauer.com<br><br>Jeffrey H. Warshafsky<br>Q. Jennifer Yang<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3000<br>jwarshafsky@proskauer.com<br>jyang@proskauer.com<br>lmarkofsky@proskauer.com | Attorneys for Defendants/Appellees<br><br>Madonna Louise Ciccone, Forum Entertainment LLC dba Kia Forum; Live Nation Worldwide Inc., Live Nation Mtours US; SoCal Arena Company LLC dba Acrisure Arena; Sacramento Downtown Arena dba Golden1 Center; GSW Arena, LLC dba Chase Center |

■ **By E-Mail or Electronic Transmission.** I caused the documents to be sent to the persons at the email address listed above in a PDF file, and the transmission appeared to be successful.

☐ **By United States Mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at El Segundo, California.

I declare under penalty of perjury that the above is true and correct.

Executed on August 15, 2025 at El Segundo, California.

_Linda Beck_
Linda Beck